**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Leroy DUNHAM, Jr., Defendant—
Appellant.**

**No. 06-6894.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Nov. 29, 2006.

Leroy Dunham, Jr., Appellant Pro Se. Arcangelo Michael Tuminelli, Baltimore, Maryland, for Appellee.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Dunham, Jr., appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C.A. § 3582 (West 2000 & Supp.2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the rea-

sons stated by the district court. *United States v. Dunham,* No. 1:95–cr–00234–BEL (D.Md. Apr. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*